UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JEFFREY P. JANNETT, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>R&G FINANCIAL CORPORATION; VICTOR GALAN, JOSEPH R. SANDOVAL, and RAMON PRATS,<br><br>    Defendants. | Civil No. 05-1485 (JAF) |

## REMAND ORDER

The parties' joint stipulation, <u>Docket Document No. 27</u>, is approved. The present case is transferred to the United States District Court for the Southern District of New York.

This case is now closed in this District for all purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of August, 2005.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                  Chief U. S. District Judge